IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DERRICK L. WALKER,

    Plaintiff,

v.                                   CASE NO. 1:22cv133-RH-ZCB

STATE OF FLORIDA et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 12. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "The plaintiff's claims arising under federal law are dismissed with prejudice under 28 U.S.C. § 1915(e)(2)(B). The plaintiff's claims arising under state law are dismissed without prejudice under 28 U.S.C. § 1367(c)(3)." The clerk must close the file.

SO ORDERED on May 6, 2023.

                                                  s/Robert L. Hinkle
                                                  United States District Judge